**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 BRIDGER AVENUE SUITE 820**
**LAS VEGAS, NEVADA 89101**
**(702) 853-4500**

RECEIVED
AND FILED

APR 8  I 59 PM '11

U.S. ...    RT
.. RK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                        )       BK-S-10-22518-MKN
MAHONEY, SHEILA               )       Chapter 13
                              )
                              )       **NOTICE OF UNCLAIMED FUNDS**
_____   )

TO:    Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|--------|--------------------|-----------|-----------|
| 0 | SHEILA MAHONEY<br>10282 SPIDER ROCK AVE.<br>LAS VEGAS, NV 89135 | | $694.00 |
| | Totals | | $694.00 |

Date: _04/08/2011_

**RICK A. YARNALL, TRUSTEE** *Rick*
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000.  Claims that are more than
      $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry
      can be written on one check.

Reason: Received returned check back Post Office stating return to sender Unclaimed.  Sent to Unclaimed
        Funds as cannot locate debtor.

RECEIPT #201071    $694.00